COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        Eddie Ray Charles v. The State of Texas

Appellate case number:    01-19-00725-CR

Trial court case number:   16-DCR-075041B

Trial court:                       400th District Court of Fort Bend County

Appellant, Eddie Ray Charles, filed a notice of appeal from the Judgment of Conviction by Jury and sentence rendered in connection with the judgment of conviction. The clerk's record, filed in this Court on November 5, 2019, does not include a copy of the trial court's certification of appellant's right of appeal of the judgment of conviction and sentence. *See* TEX. R. APP. P. 25.2(a)(2), (d), 34.5(a)(12), 37.1. This Court must dismiss the appeal "if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d); *Ex parte Tarango*, 116 S.W.3d 201, 203 (Tex. App.—El Paso 2003, no pet.). However, the Texas Rules of Appellate Procedure prohibit us from dismissing an appeal based on the lack of a valid certification when we determine that an appellant has a right of appeal. *See* TEX. R. APP. P. 25.2(f), 34.5(c) (2), 37.1, 44.4.

Accordingly, we abate the appeal and remand the case to the trial court for further proceedings. We direct the trial court to prepare and execute a certification of appellant's right of appeal that complies with Texas Rule of Appellate Procedure 25.2(d) and indicates whether appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d), 34.5 (c)(2), 37.1. The trial court clerk is directed to file with this Court a supplemental clerk's record containing the certification of appellant's right of appeal no later than 30 days from the date of this order. *See* TEX. R. APP. P. 34.5(c)(2).

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when records that comply with this Court's order are filed with the Clerk of this Court.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                              ☑ Acting individually    ☐ Acting for the Court

Date: ____February 25, 2021_____